**AFFIRM; and Opinion Filed October 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00108-CR
No. 05-15-00109-CR

**ALEXIS MURILLO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-62149-U, F13-62223-U**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Brown, and Schenck
Opinion by Justice Lang-Miers

Alexis Murillo waived a jury and pleaded guilty to sexual assault and aggravated kidnapping. *See* TEX. PENAL CODE ANN. §§ 20.04(b), 22.011(a)(1) (West 2011). The trial court assessed punishment at ten year's imprisonment on the sexual assault and fifteen years' imprisonment on the aggravated kidnapping. On appeal, appellant's attorney filed a brief in which she concludes the appeals are wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a

copy of the brief to appellant. We advised appellant of her right to file a pro se response, but she did not file a pro se response. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We agree the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

150108F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALEXIS MURILLO, Appellant

No. 05-15-00108-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-62149-U).
Opinion delivered by Justice Lang-Miers,
Justices Brown and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 29, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALEXIS MURILLO, Appellant

No. 05-15-00109-CR    V.

THE STATE OF TEXAS, Appellee

Appeal from the 291st Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F13-62223-U).
Opinion delivered by Justice Lang-Miers,
Justices Brown and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered October 29, 2015.